# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159160(11)
159201(11)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2018 PA 368 & 369                                                    SC: 159160
_____/

*In re* SENATE REQUEST FOR ADVISORY
OPINION REGARDING CONSTITUTIONALITY
OF 2018 PA 368 & 369                                                 SC: 159201
_____/

On order of the Chief Justice, the motion of the Michigan Legislature to file a reply to the brief amicus curiae filed by Michigan One Fair Wage *et al*. is GRANTED. The reply submitted on March 27, 2019, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019

                                                            Clerk